UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MAURICE WOLF and SUSAN WOLF,

    Plaintiffs,

v.                                                      Case No. 2:05-cv-50
                                                            CONSENT CASE

SERGEY LONGIN,

    Defendant.
_____/

## **ORDER**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendant's motion for summary judgment (Docket #15) is DENIED.

IT IS SO ORDERED.

                                                            /s/ Timothy P. Greeley
                                                           TIMOTHY P. GREELEY
                                                           UNITED STATES MAGISTRATE JUDGE

Dated: June 16, 2006